Stanley Bashman, and Bashman, Deutsch & Bernstein, for appellant; Glenn S. Gitomer, Mark Sendrow, and Steven H. Goldblatt, Assistant District Attorneys, Abraham J. Gafni, Deputy District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Callender, Appellant.

Submitted March 24, 1975. Joseph M. Reibman, and Reibman and Reibman, for appellant; Michael E. Riskin, Assistant District Attorney, and Charles H. Spaziani, District Attorney, for Commonwealth, appellee.

Appeal quashed.

## Commonwealth v. Cannon, Appellant.

Submitted March 17, 1975. Richard Farber and John W. Packel, Assistant Defenders, and Benjamin Lerner, Defender, for appellant; William A. Richardson, Mark Sendrow, and Steven H. Goldblatt, Assistant District Attorneys, Abraham J. Gafni, Deputy District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Carmichael, Appellant.

768

 opinion by RICHETTE, J. Submitted March 24, 1975. *G. David Rosenblum,* for appellant; *Daniel P. McElhatton, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Carrington, Appellant.

 Submitted March 17, 1975. *Barnett S. Lotstein,* and *Seidman and Lotstein,* for appellant; *Mark C. Stephenson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Christian, Appellant.

 Submitted March 17, 1975. *Ernest Kardas* and *R. Barclay Surrick,* Assistant Public Defenders, and *Kenneth P. Barrow,* Public Defender, for appellant; *John G. Siegle* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.